# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE SALVADOR MORENO,<br><br>                               Plaintiff,<br>vs.<br><br>BILL GORE, SAN DIEGO SHERIFF, et al.,<br><br>                              Defendants. | CASE NO. 13cv2186 DMS (MDD)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) GRANTING MOTION TO DISMISS** |

This matter comes before the Court on Defendants' motion to dismiss the Complaint. Plaintiff filed an opposition to the motion, and Defendants filed a reply. Pursuant to 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.3, the motion was referred to a United States Magistrate Judge for a Report and Recommendation ("Report"). On May 7, 2014, Magistrate Judge Mitchell D. Dembin issued his Report, recommending that the Court grant Defendants' motion. No party filed objections to the Report, and the time for doing so has expired. This Court, having reviewed *de novo* the Magistrate Judge's Report, adopts the Magistrate Judge's recommendation in full and **GRANTS** the motion to dismiss.

**IT IS SO ORDERED**.

DATED: June 19, 2014

                                            HON. DANA M. SABRAW
                                            United States District Judge